JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OMAR SHAKIR, | Case No. CV 15-03389-JGB (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: September 17, 2015

HON. JESUS G. BERNAL
United States District Judge